ZBS Law, LLP
Amber L. Labrecque, Esq. #094593
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
Phone:     (206) 209-0375
Facsimile: (206) 260-8870
Email:     bankruptcy@zbslaw.com

Attorney(s) for Movant, U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF OREGON – PORTLAND DIVISION**

| | |
|---|---|
| In re:<br><br>Nick Lee Evans and<br>Kimberly Lorraine Evans<br><br>               Debtor. | Case No.: **17-32181-tmb13**<br><br>Chapter 13<br><br>**MOTION TO VACATE ORDER RE: RELIEF FROM STAY ENTERED ON NOVEMBER 8, 2021, REFERENCED AS DOCKET NO. 63** |

Amber L. Labrecque, attorney of record for Movant U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, hereby moves this Court to withdraw the Order re: Relief from Stay, Bankruptcy Court Docket Number 63 and states:

**1.** On November 8, 2021, the Order re: Relief from Stay was submitted to the Court.

**2.** Subsequently, issues with the mailing of the Notice of Default were identified, and a new Notice of Default was mailed.

**3.** Debtors then cured the arrearage.

**4.** Debtors and Movant now agree that the Order re: Relief from Stay should be vacated, as Movant is not entitled to relief from the automatic stay.

1

Wherefore, Movant moves this Court to Vacate the Order re: Relief from Stay entered on November 8, 2021, as Movant is not currently entitled to that relief.

Dated: January 12, 2022          ZBS Law, LLP

/s/ *Amber L. Labrecque*
Amber L. Labrecque, Esq.
Attorney for Movant

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I, Katherine Kellams, certify that I am a resident of Orange County, I am over the age of |
| | eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate |
| | Park, Suite 450, Irvine, CA 92606. |
| | On **January 12, 2022**, I served the within **MOTION TO VACATE ORDER RE:** |
| | **RELIEF FROM STAY ENTERED ON NOVEMBER 8, 2021, REFERENCED AS** |
| | **DOCKET NO. 63** on all interested parties in this proceeding by placing a true and correct copy |
| | thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, |
| | California, addressed as follows: |

**Nick Lee Evans**          **Todd Trierweiler**
**Kimberly Lorraine Evans**  4721 NE 102nd Ave
49700 S.E. Wildcat Mountain Drive   Portland, OR 97220
Sandy, OR 97055

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Todd Trierweiler, Attorney | orecf@bankruptcylawctr.com |
| Wayne Godare, Trustee | c0urtmai1@portland13.com |
| US Trustee, Portland | USTPRegion18.PL.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **January 12, 2022,** at Irvine, California.

/s/ Katherine Kellams
**Katherine Kellams**

1